# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN DALTON, | 1:15-cv-00865-AWI-EPG-HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO FILE OVERSIZED BRIEF (ECF No. 34) |
| v. | |
| KATAVICH, | |
| Respondent. | |

Petitioner is a state prisoner proceeding *pro se* in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 4, 2015, Petitioner filed a motion for leave to file an oversized traverse. (ECF No. 34).

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to file an oversized traverse is GRANTED.

IT IS SO ORDERED.

Dated: **November 9, 2015**  /s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE